UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND, and WESTERN WASHINGTON OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BEISLEY ENTERPRISES LLC, a Washington limited liability company,<br><br>Defendant. | Case No. 2:25-cv-01454<br><br>COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES |

**I. PARTIES**

1.1   Plaintiff Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund (the Health Trust) is a joint labor-management Taft-Hartley trust fund organized under Section 302(c) of the Labor Management Relations Act, 29 U.S.C. §186(c).  The Health Trust was created for the purpose of providing one or more benefit
COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 1
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

1 plans under ERISA that maintain hospital, medical, surgical, dental, vision, disability or death benefits and any other similar benefits for the benefit of the participants and their beneficiaries. The Health Trust maintains its principal office in Seattle, King County, Washington.

1.2    Plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund (the Retirement Trust) is a joint labor-management Taft-Hartley trust fund organized under Section 302(c) of the Labor Management Relations Act, 29 U.S.C. §186(c). The Retirement Trust was created for the purpose of providing one or more benefit plans under ERISA that provide retirement and associated death benefits for the participants and their beneficiaries. The Retirement Trust maintains its principal office in Seattle, King County, Washington.

1.3    Plaintiff Western Washington Operating Engineers-Employers Training Trust Fund (the Training Trust) is a joint labor-management Taft-Hartley trust fund organized under Section 302(c) of the Labor Management Relations Act, 29 U.S.C. §186(c). The Training Trust was created for the purpose of providing instruction, training, and re-training of Employees or persons who wish to become Employees, for the purpose of performing work in the classifications covered by the collective bargaining agreement. The Training Trust maintains its principal office in Seattle, King County, Washington.

1.4    The Plaintiffs are commonly known as the Locals 302-612 Operating Engineers Trust Funds (collectively, the Trust Funds).

1.5    Defendant Beisley Enterprises LLC is a Washington limited liability company, UBI #604 453 853, with its principal place of business in Grapeview, Mason County, Washington. Upon information and belief, Lisha Beisley is Beisley Enterprises' owner and sole "Governor" as reported by the Washington Secretary of State, Corporations and Charities Division.

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 2
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

## II. JURISDICTION AND VENUE

2.1 This Court has exclusive jurisdiction pursuant to §502(e)(1) of the Employee Retirement Income Security Act of 1974 (ERISA), codified at 29 U.S.C. §1132(e)(1).

2.2 Venue in this Court is proper pursuant to (i) §502(e)(2) ERISA, codified at 29 U.S.C. §1132(e)(2) because the Plaintiffs' plans are administered in this District and the Defendant resides in this District; and (ii) pursuant to a forum selection clause.

## III. FACTS

3.1 On or about November 18, 2016, Lisha Beisley executed a Compliance Agreement on behalf of Beisley Enterprises with the International Union of Operating Engineers Local 302. The Compliance Agreement bound Beisley Enterprises to one of Local 302's Master Labor Agreements:

> 1. The Firm adopts and agrees to comply with all terms and conditions of the "Labor Agreement" identified below:
>
> 2021-2024 AGREEMENT between INDEPENDENT CONTRACTORS OF WASHINGTON and OPERATING ENGINEERS LOCAL 302 and;
>
> __-__ other agreements, if any (describe): __-_____

3.2 By signing the Compliance Agreement, Beisley Enterprises agreed to make fringe benefit contributions to the Trust Funds and be bound by the written terms and conditions of their respective trust agreements:

> 2. The Firm accepts the terms and conditions of the Locals 302 and 612 Operating Engineers-Employers Retirement Fund Trust Agreement, Local 302 and 612 International Union of Operating Engineers Construction Industry Health and Security Fund Trust Agreement, Western Washington Operating Engineers-Employers Training Fund Trust Agreement, and all other Trust Agreements identified in the Labor Agreement as may be amended from time to time. The firm further agrees that the Employer Trustees named in the Trusts and their successors in trust

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 3
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

are and shall be the Firm's representatives and it consents to be bound by the actions and determinations of the Trustees.

3.3     The Master Labor Agreement with Local 302 sets forth Beisley Enterprises' obligations to the Trust Funds, including mandating payment of fringe benefit contributions for all covered workers.

3.4     The Trust Funds are intended beneficiaries under the terms of the Compliance Agreement and the Master Labor Agreement.

3.5     By executing the Compliance Agreement and becoming bound to the Master Labor Agreement, as discussed above, Beisley Enterprises agreed to the terms of the (i) Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund; (ii) Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund; and (iii) Western Washington Operating Engineers-Employers Training Trust Fund.

3.6     Beisley Enterprises' obligations under the Health Trust are set forth in Article II, Sections 8 – 12 and Article IV, Section 17 of the *Revised Trust Agreement of Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund*, revised and restated effective October 1, 1993, and as amended.  Under the Health Trust, Beisley Enterprises agreed to, among other things:

- Submit its remittance reports and contributions payment on or before the 15th day of the calendar month following the month in which the contributions are payable;

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;

- Payment of liquidated damages of twelve percent (12%) in an amount not less than $25.00 on all delinquent contributions;

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 4
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

- Payment of interest of twelve percent (12%); and
- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.7 Beisley Enterprises' obligations under the Retirement Trust are set forth in Article II, Sections 8 – 9 and Article IV, Section 17 of the *Revised Trust Agreement of Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund*, restated April 1, 1993, and as amended. Under the Retirement Trust, Beisley Enterprises agreed to, among other things:

- Submit its remittance reports and contributions payment on or before the 15th day of the calendar month following the month in which the contributions are payable;
- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;
- Payment of liquidated damages of twelve percent (12%) in an amount not less than $25.00 on all delinquent contributions;
- Payment of interest of twelve percent (12%); and
- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.8 Beisley Enterprises' obligations under the Training Trust are set forth in Article II, Sections 8 – 9 and Article IV, Section 11 of the *Revised Trust Agreement of Western Washington Operating Engineers-Employers Training Trust Fund*, effective March 4, 2004. Under the Training Trust, Beisley Enterprises agreed to, among other things:

- Submit its remittance reports and contributions payment on or before the 15th day of the calendar month following the month in which the contributions are payable;
- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 5
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

- Payment of liquidated damages of twelve percent (12%) in an amount not less than $25.00 on all delinquent contributions;

- Payment of interest of twelve percent (12%); and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.9     Upon information and belief, following execution of the Compliance Agreement, Beisley Enterprises used employees to perform work subject to the scope of the Master Labor Agreement within the jurisdiction of Local 302. Beisley Enterprises also began its monthly reporting and payment of fringe benefit contributions to the Trust Funds.

3.10    Beisley Enterprises submitted unfunded remittance reports to the Trust Funds for the months of July 2023 through December 2023. Beisley Enterprises has not provided the Trust Funds with any remittance reports or contributions payments for 2024 and 2024 other than a zero-hour report for April 2024.

3.11    Upon information and belief, Beisley Enterprises' delinquency is continuing.

3.12    As of the date of this complaint, Beisley Enterprises owes the Trust Funds $53,982.70, consisting of $41,829.87 in delinquent fringe benefit contributions under ERISA, $4,428.74 in liquidated damages, and $7.724.09 in accrued prejudgment interest for the months of July 2023 through December 2023. Beisley Enterprises also owes the Trust Funds fringe benefit contributions for the months of January 2024 through March 2024 and May 2024 through June 2025, but because the company has failed to report for those months, damages to the Trust Funds are unknown.

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 6
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

## IV. CAUSES OF ACTION

### First Cause of Action
### (Breach of Labor Agreement/Trust Agreement)

4.1    The Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.12, above.

4.2    Beisley Enterprises' failure to properly report and pay fringe benefit contributions constitutes a breach of the terms of the Compliance Agreement and the Master Labor Agreement between Local 302 and Beisley Enterprises, to which the Trust Funds are beneficiaries.  Beisley Enterprises' failure to properly report and pay fringe benefit contributions also constitutes a breach of the Trust Agreements, the terms of which Beisley Enterprises agreed to when it signed the Compliance Agreement.

4.3    As a result of Beisley Enterprises' breach, the Trust Funds have been damaged in an amount to be proven at trial, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

### Second Cause of Action
### (Violation of ERISA)

4.4    The Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.12, above.

4.5    Beisley Enterprises' failure to report and pay fringe benefit contributions constitutes a violation of §503(a)(3), §515 ERISA, codified at 29 U.S.C. §1132(a)(3), §1145.

4.6    As a result of Beisley Enterprises' violation, the Trust Funds have been damaged in an amount to be proven at trial, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 7
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA  99201
(509) 326-1552

## V. REQUESTED RELIEF

The Plaintiff Trust Funds respectfully request the Court grant the following relief:

A. Entry of an order directing Beisley Enterprises to provide its delinquent remittance reports for January 2024 through March 2024 and May 2024 through June 2025 to the Trust Funds;

B. Judgment in favor of the Trust Funds against Beisley Enterprises, in an amount to be determined at trial, for the months of January 2024 through March 2024 and May 2024 through June 2025, consisting of:

1. Past-due and delinquent fringe benefit contributions as reflected on the delinquent remittance reports;

2. Liquidated damages based on the delinquent fringe benefit contributions reflected on the delinquent remittance reports; and

3. Prejudgment interest based on the delinquent fringe benefit contributions reflected on the delinquent remittance reports at the rates specified by the applicable trust agreements.

C. Judgment in favor of the Trust Funds against Beisley Enterprises for an additional $53,982.70, consisting of $41,829.87 in fringe benefit contributions, $4,428.74 in liquidated damages, and $7,724.09 in accrued, prejudgment interest for the months of July 2023 through December 2023, which are owed pursuant to the terms of the labor and trust agreements to which Beisley Enterprises is a party;

D. Judgment against Beisley Enterprises, in an amount to be determined at trial for additional prejudgment interest from the date contributions were owed until payment in full or entry of judgment, whichever comes first;

E. An award of attorney fees of not less than $5,000.00, plus costs of collection, as authorized by the labor and trust agreements to which Beisley Enterprises is a party, and as authorized under ERISA;

F. An award of post-judgment interest at the 12% rate specified by the applicable trust agreement, and as authorized under ERISA; and

G. Any other such relief under federal law or as is just and equitable.

\\

\\

\\

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 8
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA 99201
(509) 326-1552

| | |
|---|---|
| Dated: August 2, 2025. | TURNER, STOEVE & GAGLIARDI, P.S. |
| | |
| | s/ Jeffrey G. Maxwell |
| | Jeffrey G. Maxwell, WSBA #33503 |
| | 201 W North River Drive, Suite 190 |
| | Spokane, Washington 99201 |
| | (509) 326-1552 (t) |
| | jeffreym@tsglaw.net |
| | |
| | Counsel for Plaintiffs |
| | Locals 302 and 612 Operating Engineers Trust Funds |

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 9
2:25-cv-01454

TURNER, STOEVE & GAGLIARDI, P.S.
201 W North River Drive, Suite 190
Spokane, WA 99201
(509) 326-1552