UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BEISLEY ENTERPRISES LLC, <br><br> Defendant. | CASE NO. C25-1454 MJP <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties have not complied with the order directing that a joint status report by filed by October 15, 2025. (Dkt. No. 7.) But the Court is aware that Plaintiff has moved for and obtained an Order of Default. (Dkt. Nos. 8 & 10.) Within 30 days of entry of this Minute Order, Plaintiff must either file a motion for default judgment or the parties must file a joint status

MINUTE ORDER - 1

report. If neither the motion for default judgment nor the joint status report is filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 16, 2025.

                                Ravi Subramanian  
                                Clerk of Court

                                s/ Alejandro Pasaye Hernandez  
                                Deputy Clerk